AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00663 |
| Timothy Desjardins | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 11/19/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Timothy Desjardins__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and (b)- Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon or Inflicting Bodily Injury
18 U.S.C. § 231(a)(3)- Civil Disorder
18 U.S.C. §§ 1752(a)(1) and (b)(1)(A) - Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
18 U.S.C. §§ 1752(a)(4) and (b)(1)(A) - Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: __11/19/2021__                                   Zia M. Faruqui
                                                                                 2021.11.19 17:48:27 -05'00'
                                                                                 *Issuing officer's signature*

City and state: __Washington, D.C.__        __Zia M. Faruqui, U.S. Magistrate Judge__
                                                                                 *Printed name and title*

---

**Return**

This warrant was received on *(date)* __11/23/2021__, and the person was arrested on *(date)* __04/18/2023__
at *(city and state)* _____.

Date: __04/19/2023__
                                                                                 *Arresting officer's signature*
                                                                                 Ciara Corbett, Special Agent
                                                                                 *Printed name and title*