**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-MJ-00663** |
| | **:** | |
| **TIMOTHY DESJARDINS,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE**
**TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves this Court to continue the status conference currently set for next Thursday, December 12, 2024.

In support of this motion, the undersigned states as follows:

The parties last convened for a virtual initial appearance and status hearing on May 9, 2023. Since that date, the government and defense have been diligent in providing and reviewing discovery and have actively engaged in plea negotiations. The defendant is currently serving a 16-year prison sentence on unrelated state charges, and accordingly does not contest pre-trial detention. The defendant has waived his right to a preliminary hearing. The government anticipates forthcoming developments that would obviate the need for the status conference that is scheduled on Thursday.

The government therefore respectfully requests that the Court continue the December 12, 2024, status conference as to the defendant. The government conferred with counsel for the Defendant, who indicated that he does not oppose this motion for a 30-day continuance. The Defendant also consents to excluding time between now and the rescheduled status conference under the Speedy Trial Act.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052


By:    */s/ Sara E. Levine*
       SARA E. LEVINE
       Assistant United States Attorney
       VA Bar No. 98972
       601 D Street NW
       Washington, DC 20530
       Sara.levine@usdoj.gov
       (202) 252-1793