# UNITED STATES DISTRICT COURT
# FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Case No. 21-mj-663 |
| | : |
| **TIMOTHY DESJARDINS,** | : |
| | : |
| Defendant. | : |

## ORDER

Based upon the representations in the Unopposed Motion to Continue Status Conference and to Exclude Time under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on December 12, 2024, be continued to January 14, 2025, at 1:00 p.m.; and it is further

**ORDERED** that the time between December 12, 2024, and January 14, 2025, shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to provide and review discovery and engage in plea negotiations.

Date: 12/11/2024

_____
UNITED STATES MAGISTRATE JUDGE